1438

## MOTION DOCKET

**96–2029. State v. White.**
Ashland C.P. No. 96CRI07366. On motion to recall mandate and permit supplemental briefing. *Motion stricken.*